# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMELIA ARCAMONE-MAKINANO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DEBORAH HAALAND, et al.,<br><br>    Defendants. | Case No.: 2:22-cv-00621-JCM-NJK<br><br>**ORDER**<br><br>[Docket No. 12] |

On April 26, 2022, the Court ordered each Plaintiff to file a certificate of interested parties by May 3, 2022. Docket No. 3. To date, neither Plaintiff has complied with that order. The Court **ORDERS** both Plaintiffs to file a certificate of interested parties no later than June 3, 2022. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: May 4, 2022

                                                                         _____<br>
                                                                         Nancy J. Koppe<br>
                                                                         United States Magistrate Judge