## Civil Action Case No. 2:22-cv-00621-JAD-NLK

## PROOF OF SERVICE

This summons for Secretary Deborah Haaland was received by me on 5/06/2022.

I served the summons and complaint on Secretary Deborah Haaland by USPS Priority Mail to 1849 C. St.; Washington, D.C. 20208-3100 copied to U.S. Attorney District of Nevada on 05/06/2022.

My fees are $35.00 for services, for a total of $35.00.

I declare under penalty of perjury that this information is true.

Date: 5-6-22

Francisco P. Zarraga
65-02 Laurel Hill Blvd. #2
Woodside, NY 11377

## Civil Action Case No. 2:22-cv-00621-JAD-NLK

## PROOF OF SERVICE

This summons for Director Tracey Stone-Manning was received by me on 5/06/2022.

I served the summons and complaint on Director Tracey Stone-Manning by USPS Priority Mail to 760 Horizon Dr. Grand Junction, CO 81506-3966, copied to U.S. Attorney District of Nevada on 05/06/2022.

My fees are $35.00 for services, for a total of $35.00.

I declare under penalty of perjury that this information is true.

Date: 5-6-22

*[signature]*

Francisco P. Zarraga
65-02 Laurel Hill Blvd. #2
Woodside, NY 11377