JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
HOLLY A. VANCE
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, NV 89501
Tel: (775) 784-5438
holly.a.vance@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| AMELIA ARCAMONE-MAKINANO; CRAIG C. DOWNER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEBORAH HAALAND in her capacity as Secretary of United States Department of the Interior; TRACY STONE-MANNING in her official capacity as Director of United States Bureau of Land Management,<br><br>　　　　Defendants. | Case No: 2:22-00621-JAD-NJK<br><br>MOTION TO ADMIT GOVERNMENT ATTORNEYS<br><br>[ECF No. 9] |

　　　　The UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR IA 11-3, for the admission of Kamela A. Caschette and Clifford Stevens to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of their employment by the United States as attorneys. It is anticipated that both Ms. Caschette and Mr. Stevens will enter appearances in this action on behalf of the United States.

　　　　Ms. Caschette has been a licensed attorney since January 2019 and is a member in good standing of the New York Bar. Ms. Caschette has been employed as a Trial Attorney with the Environment and Natural Resources Division since September 2020 in Washington, D.C.

Mr. Stevens has been a licensed attorney since July 1999 and is a member in good standing of the Washington D.C. Bar (Bar No. 463906). Mr. Stevens has been employedwith the Environment and Natural Resources Division since 2008 in Washington, D.C., and in his capacity as a Senior Trial Attorney since 2016.

Local Rule IA 11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Kamela A. Caschette and Clifford Stevens to practice before this Court during the period of their employment by the United States as an attorney.

Respectfully submitted this 16th day of June, 2022.

JASON M. FRIERSON
United States Attorney

*/s/ Holly A. Vance*
HOLLY A. VANCE
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 17, 2022