TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

BRIDGET K. MCNEIL
Assistant Section Chief
KAMELA A. CASCHETTE
Trial Attorney
CLIFFORD E. STEVENS, JR.
Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0340 (Caschette); (202) 353-7548 (Stevens)
Kamela.Caschette@usdoj.gov
Clifford.Stevens@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AMELIA ARCAMONE-MAKINANO and CRAIG C. DOWNER,<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, in her capacity as Secretary of the United States Department of the Interior, and TRACY STONE-MANNING, in her official capacity as Director of the United States Bureau of Land Management,<br><br>Defendants. | Case No. 2:22-cv-621-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS (FIRST REQUEST)**<br><br>ECF No. 16 |

The parties in the above captioned matter stipulate to a one-week extension of the deadline for Defendants to file their reply in support of their motion to dismiss filed on July 5, 2022, ECF No. 13, which is currently due on July 26, 2022. The parties respectfully request that the Court approve this stipulation, and submit the following in support of it:

1. Plaintiffs filed this action on April 13, 2022, ECF No. 1, and amended their complaint as of right on May 3, 2022, ECF No. 5. Plaintiffs served the summons and complaint for this action on the U.S. Attorney's Office for the District of Nevada on May 6, 2022. ECF No. 8.

2. Defendants filed a motion to dismiss this action on July 5, 2022. ECF No. 13.

3. Plaintiffs filed a response to the motion to dismiss on July 19, 2022. ECF No. 14.

4. Under Local Rule 7-2(b), the current deadline for Defendants to file a reply in support of their motion to dismiss is July 26, 2022.

5. One of Defendants' counsel, Ms. Caschette, had long-standing plans for a vacation from July 15, 2022 to July 24, 2022 and is currently out of town. Mr. Stevens, Defendants' other counsel, who also had long-standing plans for a vacation, will be out of town the week of July 25, 2022. There is good cause for a one-week extension of the reply brief until August 2, 2022 because it will allow Defendants' counsel adequate time to draft the reply and have it undergo the appropriate government review processes. This is the first stipulation to extend the due date for Defendants' reply brief in support of the motion to dismiss.

6. Counsel for Defendants spoke with *pro se* Plaintiffs Amelia Arcamone-Makinano and Craig Downer, who indicated that they do not oppose this extension, if Defendants meet with plaintiffs for the purpose of a settlement on a mutually agreed upon date, time, and place, in August 2022, which is acceptable to Defendants.

For the above reasons, the parties stipulate to a one-week extension of Defendants' reply brief deadline to August 2, 2022, and respectfully request that the Court approve the same.

Respectfully submitted this 20th day of July, 2022.

/s/ *Amelia Arcamone-Makinano*           TODD KIM

| | |
|---|---|
| Amelia Arcamone-Makinano<br>82-22 Britton Ave.<br>Elmhurst, NY 11373<br>Alarcam1@icloud.com<br><br>/s/ Craig C. Downer<br>Craig C. Downer<br>P.O. Box 456<br>Minden, NV 89423<br>ccdowner@aol.com<br><br>Pro Se Plaintiffs | Assistant Attorney General<br>United States Department of Justice<br>Environment & Natural Resources Division<br><br>BRIDGET K. MCNEIL<br>Assistant Section Chief<br><br>KAMELA A. CASCHETTE<br>Trial Attorney<br><br>/s/ Clifford E. Stevens, Jr.<br>CLIFFORD E. STEVENS, JR.<br>Senior Trial Attorney<br>Wildlife & Marine Resources Section<br>P.O. Box 7611<br>Washington, DC 20044-7611<br><br>*Attorneys for Defendants* |

## ORDER

Based on the parties' stipulation [16] and good cause appearing, IT IS ORDERED that the deadline to file the reply in support of the Motion to Dismiss [13] is extended to August 3, 2022.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 26, 2022