# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

AMELIA ARCAMONE-MAKINANO, et al.,

    Plaintiffs,

v.

DEBORAH HAALAND, et al.,

    Defendants.

Case No.: 2:22-cv-00621-JAD-NJK

**ORDER**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than August 26, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: August 19, 2022

                                                                           _____
Nancy J. Koppe
United States Magistrate Judge