# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMELIA ARCAMONE-MAKINANO, et al., | Case No. 2:22-cv-00621-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket Nos. 20, 21] |
| DEBRA HAALAND, et al., | |
| Defendant(s). | |

Pending before the Court is a Joint Proposed Discovery Plan. Docket No. 20. Also pending before the Court is Defendants' motion to stay the case, Docket No. 21, pending resolution of Defendant's motion to dismiss.

Based on the procedural posture of the case and the nature of Defendants' request, the Court construes the motion as a motion to stay discovery. To the extent Defendants seek a stay of discovery, however, a request must be filed identifying the governing standards and providing meaningful explanation as to how they are met. *See, e.g., Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).

Accordingly, Defendants' Motion to Stay and the parties' Joint Proposed Discovery Plan, are **DENIED** without prejudice. Docket Nos. 20, 21. Any motion to stay discovery must be filed no later than September 6, 2022. If a motion to stay discovery is not filed by September 6, 2022, a renewed Joined Proposed Discovery Plan must be filed no later than September 7, 2022.

IT IS SO ORDERED.

Dated: August 31, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1